UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ALVAREZ,                        )   CASE NO. CV 13-8337-PJW
                                       )
               Petitioner,             )
                                       )   J U D G M E N T
          v.                           )
                                       )
RON E. BARNES, WARDEN,                 )
                                       )
               Respondent.             )
_____)

     In accordance with the Memorandum Opinion and Order filed

herewith,

     IT IS ADJUDGED that the Petition is denied and this action is

dismissed with prejudice.


     DATED: January 9, 2014



                                   _____
                                   PATRICK J. WALSH
                                   UNITED STATES MAGISTRATE JUDGE






S:\PJW\Cases-State Habeas\ALVAREZ, R 8337\Judgment.wpd